JOSEPH A. MACKNIGHT v. WILLIAM PATTEN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK AND RICHMOND GAS COMPANY v. STRAUS and Others.— Motion to dismiss writ granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

PAUL G. GRAVENHORST, as Executor, v. THE TEXAS COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ANNA C. TRAYNOR v. NEW YORK RAILWAYS COMPANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

CATHERINE CONNOLLY v. NEW YORK RAILWAYS COMPANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

MARY CAREY, as Administratrix, etc., v. NEW YORK RAILWAYS COMPANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ANNA TRAYNOR v. NEW YORK RAILWAYS COMPANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

CARL I. YUNCK v. JAMES F. A. CLARK and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

BERNARD COHEN v. SARAH BIRNS, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOHN R. ABNEY v. ALGONQUIN HOTEL COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

SAMUEL PEARSALL and Others v. SHORE BATHING SUIT COMPANY, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

CARL STEINBERG v. ERIE RAILROAD COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of ADOLPH VICTOR.— Motion granted; questions certified. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of WHITE PLAINS ROAD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.